

# NUMBER 13-22-00044-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE MURRAY THOMPSON CONSTRUCTION CO., INC.

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

On January 31, 2022, relator Murray Thompson Construction Co., Inc., filed a petition for writ of mandamus through which it asserts that the trial court abused its discretion by failing to dismiss the underlying lawsuit for want of prosecution. The Court requests that the real parties in interest, Priscilla Aguilar-Villegas and Maria Irma Juarez, as Co-Administrators of the Estate of Ruben Villegas and on behalf of the Estate of Ruben Villegas, or any others whose interest would be directly affected by the relief sought, file

a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
2nd day of February, 2022.